IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICK ROBERTS,** | ) | CASE NO. 4:13CV3158 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JOHN ZAPATA, COLJO** | ) | |
| **INVESTMENTS, LLC, a Nebraska** | ) | |
| **Limited Liability Company, and** | ) | |
| **LAND BROKERS, Inc., a Nebraska** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Remand to Sheridan County District Court (Filing No. 5) and the Magistrate Judge's Findings and Recommendation that the Motion should be granted and the matter remanded to Sheridan County District Court, because this Court has no jurisdiction based on diversity of the parties or based on federal subject matter (Filing No. 15). The time for filing of objections to the Findings and Recommendation has passed, and the Defendants have filed no objections.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 15) are sustained;

2. The Plaintiff's Motion to Remand to Sheridan County District Court (Filing No. 5) is granted; and

3. This matter is remanded to the Sheridan County District Court for further proceedings.

DATED this 23rd day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge